# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-23-00637-CR

---

**The State of Texas, Appellant**

**v.**

**William Navarrao, Appellee**

---

**FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-DC-15-302236, THE HONORABLE DAYNA BLAZEY, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The State seeks to appeal from the trial court's purported order granting appellee's motion for new trial. *See* Tex. Code Crim. Proc. art. 44.01(a)(3). The clerk's record, which was filed on October 31, 2023, does not contain an order on the motion. In response to an inquiry from this Court, the Travis County District Clerk filed a letter on November 3, 2023, asserting that it does not have an order from the trial court granting the motion for new trial.

"A written and signed appealable order is a prerequisite to invoking this Court's appellate jurisdiction." *Dewalt v. State*, 417 S.W.3d 678, 685 n.32 (Tex. App.—Austin 2013, pet. ref'd); *see* Tex. R. App. P. 26.2(a)(1); *State v. Rosenbaum*, 818 S.W.2d 398, 402 (Tex. Crim. App. 1991); *Ortiz v. State*, 299 S.W.3d 930, 933 (Tex. App.—Amarillo 2009, no pet.); *State v. Cox*, 235 S.W.3d 283, 285 (Tex. App.—Fort Worth 2007, no pet.); *see also State*

*v. Bosch*, No. 14-09-00555-CR, 2009 WL 2620100, at *1 (Tex. App.—Houston [14th Dist.] Aug. 27, 2009, no pet.) (per curiam) (mem. op., not designated for publication) ("A State's appeal under article 44.01 must be from a signed written order.").

The lack of a signed written order is, however, curable: we treat the notice of appeal as prematurely filed, abate the appeal, and remand the case to the trial court for preparation of an appealable order. *Dewalt*, 417 S.W.3d at 685 n.32 (citing Tex. R. App. P. 27.1(b); *Ex parte Crenshaw*, 25 S.W.3d 761, 764 (Tex. App.—Houston [1st Dist.] 2000, pet. ref'd); *State v. Rollins*, 4 S.W.3d 453, 454 & n.1 (Tex. App.—Austin 1999, no pet.)). Accordingly, we abate this appeal and remand the cause to the trial court for entry of a signed order on appellee's motion for new trial. A supplemental clerk's record containing the signed order shall be prepared and filed with this Court no later than December 8, 2023.

It is ordered on November 17, 2023.


Before Justices Baker, Triana, and Smith

Abated and Remanded

Filed: November 17, 2023

Do Not Publish